# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

HOLLOMAN CORPORATION                                                  PLAINTIFF

v.                                No. 3:21-CV-214-MPM-RP

C-4 CONSTRUCTION, LLC                               DEFENDANT

**CONSOLIDATED WITH**

HOLLOMAN CORPORATION                                        PLAINTIFF

v.                                No. 3:21-CV-215-MPM-RP

JUSTIN A. COWAN                                          DEFENDANT

## ORDER STAYING CASE

Defendant C-4 Construction, LLC has advised the court that it filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Mississippi, No. 22-11944. Under 11 U.S.C. § 362, the filing of a petition in bankruptcy stays "the commencement or continuation, including the issuance or employment process, of a judicial, administrative, or other action or proceeding against the debtor . . ." Until such time as the automatic stay is lifted, proceedings against C-4 Construction may not proceed in this case; and until such time as it is determined in the bankruptcy proceeding whether C-4 Construction's claims may go forward in this action, those claims may not proceed either. For purposes of judicial economy, the court finds that this consolidated action should be stayed in its entirety.

It is therefore ORDERED that this action is STAYED pending a determination in C-4 Construction's bankruptcy proceeding whether the claims by and against it may proceed in this

case. All counsel of record share responsibility to report to the court, *in writing*, on a quarterly basis to inform the court of the status of the bankruptcy proceeding. The first report is due on November 15, 2022, with subsequent reports to be submitted every three (3) months thereafter. Furthermore, all counsel of record share responsibility to notify the court, *in writing*, within fourteen days after the bankruptcy action has been resolved or the stay lifted for purposes of the prosecution of this action.

This stay will not affect the current trial setting in this action, which shall remain on the docket pending the above referenced reports. Moreover, the parties have agreed to go forward with previously scheduled depositions of Justin Cowan and Anita Cowan. These depositions are not affected by the stay, and the scope of these depositions will remain limited to the claims and defenses in the consolidated case styled *Holloman Corporation v. Cowan*, no. 3:21-cv-215-MPM-RP.

**SO ORDERED**, this the 16th day of August, 2022.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE