IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| HOLLOMAN CORPORATION | PLAINTIFF |
| V. | NO: 3:21-cv-214 |
| C-4 CONSTRUCTION, LLC | DEFENDANT |

consolidated with

| | |
|---|---|
| HOLLOMAN CORPORATION | PLAINTIFF |
| V. | NO. 3:21-CV-215 |
| JUSTIN A. COWAN | DEFENDANT |

## **ORDER**

On August 15, 2022, Defendant C-4 Construction, LLC ("C-4") notified the court that it had filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. The Court stayed both the lead and the consolidated cases and directed the parties to file status reports at regular intervals. (Case No. 3:21-cv-214, ECF No. 61; Case No. 3:21-cv-215, ECF No. 69). The parties' most recent status report reflects that C-4's bankruptcy proceedings remain pending. (*See* Status Report, Case No. 3:21-cv-214, ECF No. 66; Case No. 3:21-cv-215, ECF No. 74). In light of the ongoing bankruptcy proceedings, the Court finds it prudent to continue the trial presently scheduled to begin on April 17, 2023, until further order of the Court.

On February 8, 2013, Plaintiff Holloman and Defendant Justin A. Cowan filed a Joint Stipulation of Dismissal with Prejudice in the consolidated case (Case No. 3:21-cv-214, ECF No. 65; Case No. 3:21-cv-215, ECF No. 73). The Joint Stipulation of Dismissal renders the motion for

summary judgment filed by Defendant Justin A. Cowan moot and terminates the consolidated case.

**ACCORDINGLY, IT IS ORDERED**:

1. Defendant Cowan's Motion for Summary Judgment (Case No. 3:21-cv-214, ECF No. 44; Case No. 3:21-cv-215, ECF No. 49) is **DISMISSED as MOOT**.

2. The trial in Case No. 3:21-cv-214 is **CONTINUED** until further order of the Court.

3. Case No. 3:21-cv-215 is **CLOSED**.

**SO ORDERED**, this the 14th day of February 2023.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**